UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MICHAEL L. GROS, M.D., § | |
| JANIE GROS, § | |
| ANDREW MICHAEL GROS, § | |
| THOMAS ALAN GROS, § | |
| and all other similarly situated § | |
| § | CIVIL ACTION NO. H-04-4665 |
| Plaintiffs, § | |
| VS. § | |
| § | |
| THE UNITED STATES OF AMERICA, § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT

Pursuant to FED. R. CIV. P. 58(a) and the parties' stipulation, judgment is hereby **ENTERED** for Defendant on all individual claims asserted in this suit by Plaintiffs Janie Gros, Andrew Michael Gros, and Thomas Alan Gros.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 21st day of March, 2006.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES
THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY
OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH
THEY MAY HAVE BEEN SENT ONE BY THE COURT.